**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TABITHA HOLT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00102-MTS |
| ) | |
| QUALIFIED TRUCKING SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict in favor of Defendant Qualified Trucking Services, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Qualified Trucking Services, Inc. and against Plaintiffs Tabitha Holt and Clyde Sutherland.

Dated this 20th day of October, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE